No. 99–5477. SIMPSON v. MATESANZ, SUPERINTENDENT, BAY STATE CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied.

No. 99–5503. TEAGNE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5561. MILLS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 99–5578. ROBINSON v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 99–5599. SUMNER v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 99–5737. VALDEZ v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 99–5741. PIRELA v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 99–5811. BRIGGS v. DALKON SHIELD CLAIMANTS TRUST. C. A. 4th Cir. Certiorari denied.

No. 99–5813. MCCLOUD v. COMMUNITY HOSPITAL ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–5881. OROZCO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–5915. ELDRIDGE v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 99–6062. DAVIS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 99–6070. CHAMBERLAIN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–6206. CATHEY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.